IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN D. MONTEVECCHIO, | CIVIL DIVISION |
| Plaintiff, | CASE NO.: 17-263 |
| v. | Judge David Stewart Cercone |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, | **STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV.P. 41** |
| Defendant. | FILED ON BEHALF OF: PLAINTIFF: Carmen D. Montevecchio |

COUNSEL FOR THIS PARTY:

Francis M. Moore, Esquire
PA I.D. #60039

MANSMANN & MOORE, LLP
304 Ross Street, Suite 600
Pittsburgh, PA 15219

Tele: (412) 232-0661
Fax:  (412) 232-0233

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN D. MONTEVECCHIO, | CIVIL DIVISION |
| Plaintiff, | CASE NO.: 17-263 |
| v. | JUDGE: David Stewart Cercone |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, | |
| Defendant. | |

**STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff CARMEN D. MONTEVECCHIO and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, stipulate to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own attorney's fees and costs.

Date: May 5, 2017

| | |
|---|---|
| */s/Francis M. Moore* | */s/Christina D. Riggs, Esquire* |
| Francis M. Moore, Esquire | Christina D. Riggs, Esquire |
| Pa. I.D. #60039 | Pa. I.D. #206753 |
| MANSMANN & MOORE, LLP | Saul Ewing LLP |
| 304 Ross Street, Suite 600 | Centre Square West 1500 Market Street, 38th Floor |
| Pittsburgh, PA 15219 | Philadelphia, PA 19102-2186 |
| Tele: (412) 232-0661 | Tele: (215) 972-7810 |
| Fax: (412) 232-0233 | Fax: (215) 972-7257 |
| E-mail: fmoore@mansmann-moore.com | E-Mail: criggs@saul.com |
| Counsel for Plaintiff | Counsel for Defendant |