IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARMEN D. MONTEVECCHIO, | CIVIL DIVISION |
| Plaintiff, | CASE NO.: 17-263 |
| v. | JUDGE: David Stewart Cercone |
| LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, | |
| Defendant. | |

## STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff CARMEN D. MONTEVECCHIO and Defendant LIFE INSURANCE COMPANY OF NORTH AMERICA d/b/a CIGNA GROUP INSURANCE, stipulate to dismiss with prejudice all claims asserted by Plaintiff, each party to bear its own attorney's fees and costs.

Date: May 5, 2017

| | |
|---|---|
| */s/Francis M. Moore* | */s/Christina D. Riggs, Esquire* |
| Francis M. Moore, Esquire<br>Pa. I.D. #60039<br>MANSMANN & MOORE, LLP<br>304 Ross Street, Suite 600<br>Pittsburgh, PA 15219 | Christina D. Riggs, Esquire<br>Pa. I.D. #206753<br>Saul Ewing LLP<br>Centre Square West 1500 Market Street, 38th Floor<br>Philadelphia, PA 19102-2186 |
| Tele:  (412) 232-0661<br>Fax:   (412) 232-0233<br>E-mail: fmoore@mansmann-moore.com | Tele:  (215) 972-7810<br>Fax:   (215) 972-7257<br>E-Mail: criggs@saul.com |
| Counsel for Plaintiff | Counsel for Defendant |

IT IS HEREBY ORDERED, this 23rd day of May, 2017.

s/ DAVID STEWART CERCONE
United States District Judge

2